den Corporation et al., and *Charles Sawyer* for the International Boxing Club, Inc., of Illinois, et al., appellants. *Solicitor General Rankin, Assistant Attorney General Hansen* and *Charles H. Weston* for the United States.

No. 703.   FOLSOM, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, *v.* FLORIDA CITRUS EXCHANGE ET AL.   C. A. 5th Cir.   Certiorari granted.   *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *William W. Goodrich* for petitioner. *J. Hardin Peterson* for the Florida Citrus Exchange et al., and *Morris E. White* for Schell, respondents.

No. 763.   WILLIAMS, STATE REVENUE COMMISSIONER, *v.* STOCKHAM VALVES & FITTINGS, INC.   Supreme Court of Georgia.   Certiorari granted.   *Eugene Cook,* Attorney General of Georgia, and *Ben F. Johnson, Broadus B. Zellars* and *Hugh Gibert,* Deputy Assistant Attorneys General, for petitioner.   *William K. Meadow* for respondent.

No. 394, Misc.   LEE *v.* MADIGAN, WARDEN.   Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.   *Robert Edward Hannon, Carl L. Rhoads* and *Charles Upton Shreve* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for respondent.